UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YI LONG YANG,

    Petitioner(s),

vs                                       Case No: 05-73098
                                             Honorable Victoria A. Roberts

MICHAEL CHERTOFF,
Director of Homeland Security, et al,

    Respondent(s),

_____/

## **JUDGMENT**

    Consistent with the Court's Order and Opinion filed on September 8, 2005; **IT IS ORDERED** that Judgment is entered in favor of Respondent.

    Dated at Detroit, Michigan on September 8, 2005.

                                                            David J. Weaver
                                                           Clerk of the Court

Approved:

                                                            BY: /s/ Linda Vertriest

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge